IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

KAREN JEAN CALDWELL,

        Plaintiff,

   vs.                                  No. CIV S-06-0607 FCD GGH PS

S.S.A.,

        Defendant.              <u>ORDER</u>

_____/

        Plaintiff, proceeding in this action pro se, has requested leave to proceed in forma pauperis pursuant to 28 U.S.C. § 1915. This proceeding was referred to this court by Local Rule 72-302(21), pursuant to 28 U.S.C. § 636(b)(1).

        By order filed June 5, 2006, plaintiff's complaint was dismissed and thirty days leave to file an amended complaint was granted. In that order, the court informed plaintiff of the deficiencies in her complaint. On July 18, 2006, after the thirty day period had expired, plaintiff filed a letter explaining that she did not receive the order, and requested an extension in which to file an amended complaint.

\\\\\

\\\\\

\\\\\

1

Accordingly, IT IS ORDERED that:

1. Plaintiff's July 18, 2006 request for an extension of time is granted; and

2. Plaintiff is granted thirty days from the date of this order in which to file an amended complaint. No further extensions of time will be granted.

DATED: 8/28/06

/s/ Gregory G. Hollows

GREGORY G. HOLLOWS
UNITED STATES MAGISTRATE JUDGE

GGH/076
Caldwell0607.eot.wpd